CULPEPPER IP, PLLC
Kerry S. Culpepper, Bar No. 9837
75-5737 Kuakini Highway, Suite 102
Kailua-Kona, Hawai'i 96740
Telephone: (808) 322-3389
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com

Attorney for Plaintiff
Venice PI, LLC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Venice PI, LLC., <br><br>          Plaintiff, <br><br>     vs. <br><br> DOE et al <br><br>          Defendants. | **Case No.: 1:17-cv-00335-KJM-NONE** <br><br> (Copyright) <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE OF DOE DEFENDANT NO. 10** |

NOTICE OF DISMISSAL WITH PREJUDICE
OF DOE DEFENDANT NO. 10

Plaintiff Venice PI, LLC. provides notice of its voluntary dismissal under Rule 41(a) of Doe 10 (IP address 72.235.212.188) **with prejudice**. This dismissal is pursuant to Rule 41(a)(1)(A).

20-008A

DATED: Kailua-Kona, Hawaii, October 6, 2017.

        CULPEPPER IP, PLLC

        <u>/s/ Kerry S. Culpepper</u>
        Kerry S. Culpepper

        Attorney for Plaintiff
        Venice PI, LLC.