CULPEPPER IP, PLLC
Kerry S. Culpepper, Bar No. 9837
75-5737 Kuakini Highway, Suite 102
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 322-3389
Facsimile:  (202) 204-5181
E-Mail:     kculpepper@culpepperip.com

Attorney for Plaintiff
Venice PI, LLC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Venice PI, LLC., | **Case No.: 1:17-cv-00335-KJM-NONE** |
| Plaintiff, | |
| vs. | (Copyright) |
| DOE et al | **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DOE DEFENDANT NO. 6** |
| Defendants. | |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
 OF DOE DEFENDANT NO. 6

Plaintiff Venice PI, LLC. provides notice of its voluntary dismissal under Rule 41(a) of Doe 6 (IP address 50.113.52.162) **without prejudice**. This dismissal is pursuant to Rule 41(a)(1)(A).

20-008A

DATED: Kailua-Kona, Hawaii, October 13, 2017.

CULPEPPER IP, PLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff
Venice PI, LLC.