CULPEPPER IP, PLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiffs
Venice PI, LLC,
Millennium Funding, Inc., and
Bodyguard Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Venice PI, LLC et al. | ) | **Case No.: 1:17-cv-00335-JAO-KJM** |
| | ) | |
| | ) | (Copyright) |
| Plaintiffs, | ) | |
| vs. | ) | **NOTICE OF DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| STANISLAV AMELCHYTS et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Venice PI, LLC, Millennium Funding, Inc., and Bodyguard Productions, Inc. ("Plaintiffs") provide notice of their voluntary dismissal under Rule 41(a) of Defendants Stanislav Amelchyts and Clinton Bovee **without prejudice**.

17-335

It should be noted that Plaintiffs LHF Productions, Inc. and ME2 Productions Inc. which were Plaintiffs in the Second Amended Complaint [Doc. #55] are no longer Plaintiffs.

It should be further noted that (i) Stanislav Amelchyts asserts that his identity and social media accounts were stolen; and (ii) Defendant Clinton Bovee is an elderly person with medical issues.

This action terminates the matter.

DATED: Kailua-Kona, Hawaii, August 23, 2019.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiffs
Venice PI, LLC,
Millennium Funding, Inc., and
Bodyguard Productions, Inc.